

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
**(702) 388-6336**

| | |
|---|---|
| 1 | STEVEN W. MYHRE |
| | Acting United States Attorney |
| 2 | CRISTINA SILVA |
| | Assistant United States Attorney |
| 3 | Nevada Bar No. 13760 |
| | 501 Las Vegas Blvd. South, Ste. 1100 |
| 4 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 388-6336 |
| 5 | Fax (702) 388-6698 |
| | Cristina.Silva@usdoj.gov |
| 6 | |
| | Attorney for the United States of America |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | Magistrate No. _ |
| vs. | 2:17-mj-00872-VCF |
| DARION ROBINSON, | **APPLICATION TO SEAL** |
| Defendant. | |

### GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Cristina Silva, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, Warrant, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going

1

investigation.  The Government submits that disclosure of the information might possibly jeopardize the investigation.  The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 28th day of August, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

_____
CRISTINA SILVA
Assistant United States Attorney

# United States District Court
## District of Nevada

UNITED STATES OF AMERICA,

    Plaintiff

vs.

**DARION ROBINSON,**

    Defendant.

Case No. 2:17-mj-00872-VCF

**SEALING ORDER**

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, Warrant, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 25th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3